IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | |
| v. | Court No.:   5:07-CV-0907/HGM-GHL |
| SCOTT BRENNAN,<br>        Defendant, | |
| and | |
| CAVALRY GROUP,<br>        Garnishee, | |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on September 28, 2007, stating that at the time of the service of the writ, Garnishee had in their possession or control earnings or personal property belonging to and due defendant;

On September 14, 2007, the defendant was notified of his right to a hearing and has not requested a hearing to object to the Answer of Garnishee or determine exempt property.

IT IS ORDERED that Garnishee pay 25% of the non-exempt disposable earnings of defendant, Scott Brennan, withheld from the date of service of the Writ of Garnishment to date, to plaintiff, United States of America, and continue to withhold and pay over to the United States of America, such additional non-exempt personal property belonging to defendant weekly, as should come into the Garnishee's possession or control in the future until the above-referenced judgment is either paid in full, or otherwise satisfied, or until a court order quashes the writ, or exhaustion of property in possession or control of the garnishee, or the defendant separates from the garnishee's employment pursuant to Title 28, United States Code, Section 3205(c)(10);

IT IS FURTHER ORDERED that the Garnishee pay over such property to plaintiff, UNITED STATES OF AMERICA, through the CLERK, UNITED STATES DISTRICT COURT, and mail each remittance to Clerk, U.S. District Court, Federal Building, P.O. Box 7367, 100 South Clinton Street, Syracuse, New York 13261-7367 .

Dated:     October **23**, 2007
               Syracuse, New York

_____
UNITED STATES MAGISTRATE JUDGE